JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON HARPER, | CASE NO. ED CV 17-2540-JFW (PJW) |
| Petitioner, | |
| v. | J U D G M E N T |
| SUPREME COURT OF THE STATE OF CALIFORNIA, ET AL., | |
| Respondents. | |

Pursuant to the Order Dismissing Petition With Prejudice,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: March 5, 2018.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE